UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

SCOTT NJOS,

    Plaintiff,

v.

BUREAU OF PRISONS, et al.

    Defendants.

Civil Action No. 3:12-CV-1038

(Judge Kosik)

# ORDER

AND NOW, THIS 6TH DAY OF AUGUST, 2013, IT APPEARING TO THE COURT THAT:

1. Plaintiff, Scott Njos, an inmate at the United States Penitentiary-Lewisburg, Lewisburg, Pennsylvania, filed a *pro se Bivens* civil rights action pursuant to 28 U.S.C. § 1331 on June 1, 2012. (Doc. 1).

2. In his Complaint, Plaintiff raises claims regarding the use of excessive force, retaliation, denial of access to the courts, and denial of adequate medical treatment. (*Id.*).

3. On June 1, 2012, Plaintiff also filed a Motion for Temporary Restraining Order and Preliminary Injunction. (Doc. 6). In this motion, Plaintiff requested that he be provided with an outside medical exam for his head, eye and hand injuries and that he be moved to Z-block as "housing rec alone status." (*Id.*).

4. On February 25, 2013, Magistrate Judge Thomas M. Blewitt issued a Report and Recommendation ("R&R) recommending that the Court deny Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction. (Doc. 53). Plaintiff filed objections to the R&R.

5. On April 11, 2013, we adopted the R&R of the Magistrate Judge and denied Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction. (Doc. 67).

6. On February 19, 2013, Plaintiff filed a Motion for Injunctive Relief to be Placed in Protective Custody and Moved to Z-Block. (Doc. 51). This motion, as noted by the Magistrate Judge, was largely duplicative of his Motion for Temporary Restraining Order and Preliminary Injunction.

7. On April 12, 2013, Magistrate Judge Blewitt issued a R&R denying Plaintiff's Motion for Injunctive Relief to be Placed in Protective Custody and Moved to Z-Block. (Doc. 68).

8. Plaintiff did not file objections to the Report and Recommendation of the Magistrate Judge.

AND, IT FURTHER APPEARING THAT

9. If no objections are filed to a Magistrate Judge's Report and Recommendation, the plaintiff is not statutorily entitled to a *de novo* review of his claims. 28 U.S.C.A. § 636(b)(1)(C); *Thomas v. Arn,* 474 U.S. 140, 150-53 (1985). Nonetheless, the usual practice of the district court is to give "reasoned consideration" to a magistrate judge's report prior to adopting it. *Henderson v. Carlson,* 812 F.2d 874, 878 (3d Cir. 1987).

10. We have reviewed the thorough Report of the Magistrate Judge and we agree with the Magistrate Judge's conclusions.

ACCORDINGLY, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation of Magistrate Judge Thomas M. Blewitt dated April 12, 2013 (Doc. 68) is **ADOPTED;** and

2. Plaintiff's Motion for Injunctive Relief to be Placed in Protective Custody and Moved to Z-Block (Doc. 51) is **DENIED.**

Edwin M. Kosik
United States District Judge