IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT JOSEPH NJOS, | : | CIVIL ACTION NO. **3:CV-12-1038** |
| Plaintiff | : | (Judge Kosik) |
| v. | : | (Magistrate Judge Blewitt) |
| S. ARGUETA, S. PRUTZMAN and OFFICER PRUTZMAN #2, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 21st day of **October, 2014, IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court is directed to add "Officer Prutzman #2" to the docket as a party Defendant.

2. The Clerk of Court is directed to issue the Summons and provide it to the U.S. Marshal and the Marshal is directed to serve Plaintiff's Complaint **(Doc. 1)**, in accordance with Rule 4 of the Federal Rules of Civil Procedure, upon Defendant Officer Prutzman #2 at USP-Lewisburg.

3. Defendant Officer Prutzman #2 is requested to waive service pursuant to Rule 4(d) of the Federal Rules of Civil Procedure.[6]

THOMAS M. BLEWITT
**United States Magistrate Judge**

Dated: October 21, 2014

---

6. After Defendant Officer Prutzman #2 has been served and responds to Plaintiff's Complaint, we will schedule the evidentiary hearing on the exhaustion issue as directed by the Court.